UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARENTS DEFENDING EDUCATION,

*Plaintiff,*

v.

U.S. DEPARTMENT OF EDUCATION,

*Defendant.*

Case No. 1:24-cv-551-RCL

### ORDER

Local Rule 16.3(b)(10) exempts parties to a FOIA action from typical scheduling order requirements. Instead, the government has the burden to produce a *Vaughn* index with a supporting dispositive motion. The Court therefore **ORDERS** the government to file the index and supporting motion within 30 days.

The Complaint, ECF No. 1, states that the president of plaintiff Parents Defending Education, Nicole Neily, submitted the FOIA request that is the subject of this suit. So that the parties have the opportunity to move for recusal, the Court wishes to be transparent about the fact that Mrs. Neily is the spouse of the Court's former law clerk; in fact, the Court performed their wedding.

**IT IS SO ORDERED.**

Date: 4-11-24

Royce C. Lamberth
United States District Judge