UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARENTS DEFENDING EDUCATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-0551 (RCL) |

## JOINT MOTION TO VACATE AND STAY BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff, Parents Defending Education ("PDE"), and Defendant, the U.S. Department of Education ("the Department"), respectfully move to vacate and stay the briefing schedule for Defendant's motion for summary judgment. Pursuant to Local Civil Rule 7(m), the parties, through counsel, met and conferred and the parties agree to this request. As described in further detail below, good cause exists to grant this motion.

Plaintiff filed this Freedom of Information Act ("FOIA") matter on February 28, 2024, to compel the production of documents responsive Plaintiff's July 12, 2022, FOIA request, which seeks certain correspondence with Department officials. *See* Compl., ECF No. 1, at 3.

As the parties previously reported, the determinative issue in this case remains the sufficiency of the Department's search. The parties therefore requested a briefing schedule for dispositive motions to address this issue but informed the Court that should the parties be able to resolve their remaining dispute over the sufficiency of the search before such dispositive motions are due, they would promptly advise the Court. *See* Dec. 6, 2024, Jt. Status Rep., ECF No. 16, at 2.

Since then, the Department has provided Plaintiff with, and Plaintiff has reviewed, two draft declarations addressing the scope of the Department's search for responsive records. Although Plaintiff's prior filing makes clear that Plaintiff has concerns with the scope and execution of the search, in the interest of avoiding further litigation, the parties respectfully request to vacate and stay briefing on dispositive motions, until and unless further order by the Court, so they may explore the possibility of settlement.

Given this update, the parties respectfully request that the Court grant this joint motion to vacate and stay briefing schedule and further request to file a further joint status report apprising the Court as to the status of the parties' settlement negotiations in approximately forty-five days, or by March 20, 2025. A proposed order consistent with the request herein is attached.

Date: February 4, 2025

/s/ *John Michael Connolly*
John Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
mike@consovoymccarthy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar. #481566
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Carlos A. Andino
Carlos A. Andino
Assistant United States Attorney
601 D Street, NW
Washington, District of Columbia 20530
Telephone: (202) 252-2518
Carlos.andino@usdoj.gov

*Counsel for the United States*