UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARENTS DEFENDING EDUCATION,

    Plaintiff,

v.

DEPARTMENT OF EDUCATION,

    Defendant.

Civil Action No. 24-0551 (RCL)

## [PROPOSED] ORDER

Upon consideration of the parties' joint motion to vacate and stay briefing schedule, the entire record in this case, and for good cause shown, it is hereby

ORDERED that the parties' joint motion is GRANTED; it is further

ORDERED that the Court's Order setting the briefing schedule for the parties' anticipated motions for summary judgment is vacated and stayed until further order by this Court; it is further

ORDERED that the parties shall file a further joint status report by March 20, 2025.

Dated: 2/4/25

ROYCE C. LAMBERTH
United States District Judge