UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-0551 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's February 4, 2025, Order, Plaintiff, Parents Defending Education, and Defendant, the U.S. Department of Education, have been engaging in good faith negotiations for purposes of settlement. In demonstration of these good faith efforts, the parties are exchanging information and are actively considering a settlement proposal. Given this update, the parties respectfully request that the Court allow the parties to file a further joint status report apprising the Court as to the status of the parties' settlement negotiations in approximately forty-five days, or by May 1, 2025.

Date: March 14, 2025                                    Respectfully submitted,

| | |
|---|---|
| */s/ J. Michael Connolly* <br> J. Michael Connolly <br> CONSOVOY MCCARTHY PLLC <br> 1600 Wilson Blvd <br> Suite 700 <br> Arlington, VA 22209 <br> mike@consovoymccarthy.com <br><br> *Counsel for Plaintiff* | EDWARD R. MARTIN, JR., D.C. Bar. #481052 <br> United States Attorney <br><br> By:      /s/ Carlos Andino <br> CARLOS A. ANDINO <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, District of Columbia 20530 <br> Telephone: (202) 252-2518 <br> carlos.andino@usdoj.gov <br><br> *Counsel for the United States* |

2