# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARENTS DEFENDING EDUCATION<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>*Defendant*. | Case No. 24-cv-00551-RCL |

# **NOTICE**

Parents Defending Education writes to notify the Court that it has changed its name to "Defending Education." The association's structure, membership, and interest in this lawsuit remain unchanged.

Dated: April 11, 2025

Respectfully submitted,

*/s/ J. Michael Connolly*

J. Michael Connolly (D.C. Bar No. 995815)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I e-filed this notice with the Court via ECF, which will email everyone requiring service.

Dated: April 11, 2025                    Respectfully submitted,

                                                    */s/ J. Michael Connolly*
                                                    Counsel for Plaintiff