UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDING EDUCATION,[1]<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 24-0551 (RCL) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 14, 2025, Plaintiff, Defending Education, and Defendant, the U.S. Department of Education, respectfully report that they continue to engage in good faith negotiations for purposes of settlement of this Freedom of Information Act ("FOIA") matter. Specifically, Plaintiff has provided Defendant with records regarding its attorneys' fees and costs and the parties have exchanged initial settlement offers. Currently, Defendant is reviewing Plaintiff's latest settlement offer and intends to respond to that offer within the next thirty days.

The parties believe that further negotiations may be productive and reduce, or eliminate, the need for any judicial determinations in this litigation. Therefore, the parties respectfully request that the Court allow the parties to file a further joint status report apprising the Court as to the status of the parties' settlement negotiations by June 16, 2025.

\*   \*   \*

---

[1] In April 2025, Plaintiff filed a notice that it has changed its name from "Parents Defending Education" to "Defending Education." *See* ECF No. 23.

| | |
|---|---|
| Date: May 1, 2025 | Respectfully submitted, |
| | |
| /s/ J. Michael Connolly | EDWARD R. MARTIN, JR. |
| J. Michael Connolly | D.C. Bar #481866 |
| CONSOVOY MCCARTHY PLLC | United States Attorney |
| 1600 Wilson Blvd | |
| Suite 700 | By:    /s/ Christopher C. Hair |
| Arlington, VA 22209 | CHRISTOPHER C. HAIR |
| mike@consovoymccarthy.com | Assistant United States Attorney |
| | 601 D Street, NW |
| *Counsel for Plaintiff* | Washington, District of Columbia 20530 |
| | Telephone: (202) 252-2543 |
| | christopher.hair@usdoj.gov |
| | |
| | *Counsel for the United States* |