UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDING EDUCATION,[1]

    Plaintiff,

    v.

DEPARTMENT OF EDUCATION,

    Defendant.

Civil Action No. 24-0551 (RCL)

**JOINT STATUS REPORT**

Pursuant to the parties' May 1, 2025 Joint Status Report, Plaintiff, Defending Education, and Defendant, the U.S. Department of Education, respectfully report that they continue to engage in good faith negotiations for purposes of settlement of this Freedom of Information Act ("FOIA") matter. Specifically, Plaintiff has provided Defendant with records regarding its attorneys' fees and costs, and the parties have exchanged initial settlement offers. Plaintiff has also provided Defendant with further billing records. Defendant has reviewed Plaintiff's latest settlement offer and further billing records and responded to that counteroffer today. Undersigned counsel for Defendant, meanwhile, just returned from parental leave and was awaiting additional confirmation of settlement authority.

The parties believe that further negotiations may still be productive to reduce, or eliminate, the need for any judicial determinations in this litigation. Therefore, the parties respectfully request that the Court allow the parties to file a further joint status report apprising the Court as to the status of the parties' settlement negotiations by July 30, 2025.

---

[1]     In April 2025, Plaintiff filed a notice that it has changed its name from "Parents Defending Education" to "Defending Education," *see* ECF No. 23.

| | |
|---|---|
| Date: June 16, 2025 | Respectfully submitted, |
| /s/ J. Michael Connolly<br>J. Michael Connolly<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd<br>Suite 700<br>Arlington, VA 22209<br>mike@consovoymccarthy.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:   /s/ Anna D. Walker<br>ANNA D. WALKER<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, District of Columbia 20530<br>Telephone: (202) 252-2544<br><br>*Counsel for the United States* |